1  James P. Murphy, WSBA #18125
   Katherine L. Felton, WSBA # 30382
2  **Lybeck ❖ Murphy, LLP**
   Fifth Floor – Chase Bank Building
3  7900 SE 28th Street
4  Mercer Island, WA  98040-6004
   206-230-4255 /phone
5  206-230-7791 /fax
   jpm@lybeckmurphy.com
6  klf@lybeckmurphy.com

7  Stanley J. Tharp, ISB No. 3883
   **EBERLE, BERLIN, KADING, TURNBOW**
8     **& McKLVEEN, CHARTERED**
   1111 West Jefferson Street, Suite 530
9  Post Office Box 1368
   Boise, Idaho  83701
10 208-344-8535 /phone
11 208-344-8542 / fax
   stharp@eberle.com
12
   *Attorneys for Federal Resources Corporation*
13

14
                     IN THE UNITED STATES DISTRICT COURT
15                        FOR THE DISTRICT OF IDAHO

16
   THE UNITED STATES OF AMERICA,      )   No. 2:11-cv-633EJL
17                                     )
                        Plaintiff,     )   **AFFIDAVIT OF JAMES MURPHY**
18                                     )   **IN OPPOSITION TO THE UNITED**
              v.                       )   **STATES' MOTION TO ENTER**
19                                     )   **PROPOSED CONSENT DECREE**
   THE COEUR D'ALENES COMPANY,         )
20                                     )
                        Defendant.     )
21                                     )
   _____ )
22

23        I, James Murphy, depose and state as follows:

24        1.    I am one of the attorneys representing Federal Resources Corporation (Federal

25 Resources) in this matter and unless stated below, have personal knowledge of the facts

26 contained in this Affidavit.

**AFFIDAVIT OF JAMES MURPHY IN OPPOSITION TO THE UNITED           Lybeck❖Murphy LLP
STATES' MOTION TO ENTER PROPOSED CONSENT DECREE - 1**             Fifth Floor – Chase Bank Building
                                                                  7900 SE 28th Street
                                                                  Mercer Island, WA  98040-6004
                                                                  206-230-4255   Fax 206-230-7791

2. The United States commenced a lawsuit against Federal Resources in March 2011 styled <u>United States v. Federal Resources Corp.</u>, U.S.D.C. Idaho Case No. 2:11-cv-00127BLW case (hereinafter referred to as "Companion Case"). Federal Resources subsequently propounded written discovery requests to the United States. The United States acknowledged that two agencies, the Defense Minerals Exploration Agency (DMEA) and the Defense Minerals Agency (DMA) entered mining exploration contracts at the Conjecture Mine site but it failed to produce documents from these agencies.

3. In a subsequent telephone conversation, counsel for the United States advised me that DMEA records had not been located by the Department of Justice and that Federal Resources would need to search for them at the "National Archives." Through subsequent substantial investigation and research, my firm located an electronic U.S. Geological Survey (USGS) document repository maintained at the internet address: http://minerals.usgs.gov/dockets/bystate.htm. This website contains hundreds of Acrobat PDF files (many of which contain hundreds of pages) of business records maintained by the USGS relating to its activities and government contracts with various third parties to perform mining and exploration. The repository included files relating to the Conjecture Mine Site.

4. Further investigation revealed that the USGS compiled DMA, DMEA and Office of Mineral Exploration (OME) files for all government-supported mineral exploration work done by the United States and stored them in a repository at the USGS field office in Spokane, Washington.

5. I contacted the USGS field office in Spokane, Washington on March 1, 2012, and learned that the documents were scheduled to be destroyed the following day, March 2, 2012. I also learned that the Spokane USGS field office had not been notified of the Companion Case litigation and had not

AFFIDAVIT OF JAMES MURPHY IN OPPOSITION TO THE UNITED
STATES' MOTION TO ENTER PROPOSED CONSENT DECREE - 2

Lybeck❖Murphy LLP
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA  98040-6004
206-230-4255   Fax 206-230-7791

been directed to place a litigation hold on any of the documents or otherwise prevent the document destruction scheduled for the following day.

6. After requesting the USGS to set aside certain files believed to concern the Conjecture Mine Site and other sites involved in the Companion Case, I notified counsel at the Department of Justice of the impending document destruction and Federal Resources' efforts to save them. The issue of document destruction was subsequently addressed to Judge Winmill. The court issued an order requiring the United States to place a litigation hold on specified documents within the Departments of Agriculture, Energy and the Interior. Companion Case, Dkt. 96. The United States conceded it had not investigated or reviewed the USGS documents even as of March 2012. Companion Case, 66-4, 66-5, 66-6, and 70.

7. Federal Resources subsequently obtained a numbered copy set of the USGS documents. Exhibits A through U identified below are true and correct copies of business records of the United States, maintained by the USGS and produced by the government in response to Federal Resources' discovery requests.

8. Attached as Exhibit A is a true and correct copy of the document designated FR-USGS000072-85 (Option to Lease and Purchase).

9. Attached as Exhibit B is a true and correct copy of the document designated FR-USGS000087-97 (the Funnell and Majer Mining Company Application for Aid For An Exploration Project).

10. Attached as Exhibit C is a true and correct copy of the document designated FR-USGS000112-19 (the Funnell and Majer Mining Company General Technical Data Submission).

**AFFIDAVIT OF JAMES MURPHY IN OPPOSITION TO THE UNITED STATES' MOTION TO ENTER PROPOSED CONSENT DECREE - 3**

Lybeck❖Murphy LLP
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040-6004
206-230-4255   Fax 206-230-7791

11. Attached as Exhibit D is a true and correct copy of the document designated FR-USGS000476-80 (correspondence of the Department of the Interior, Bureau of Mines dated December 18, 1951).

12. Attached as Exhibit E is a true and correct copy of the document designated FR-USGS000475 (memorandum of the Department of the Interior, Bureau of Mines dated December 19, 1951).

13. Attached as Exhibit F is a true and correct copy of the document designated FR-USGS000048-68 (United States Department of the Interior, Defense Mineral Administration Exploration Project Contract dated February 29, 1952 and amendments).

14. Attached as Exhibit G is a true and correct copy of the document designated FR-USGS000069 (Landlord's Subordination Agreement dated November 29, 1951).

15. Attached as Exhibit H are true and correct copies of the documents designated FR-USGS000539-541, FR-USGS000547-550, FR-USGS000554, FR-USGS000560-561, FR-USGS000567-568, FR-USGS000580-584, and FR-USGS000591-595 (various memoranda and other documents).

16. Attached as Exhibit I are true and correct copies of the documents designated FR-USGS000542-546, FR-USGS000551-553, FR-USGS000555-559, FR-USGS000562-566, FR-USGS000569-573, FR-USGS000574-579, and FR-USGS000585-590.

17. Attached as Exhibit J is a true and correct copy of the document designated FR-USGS000036-47 (DMEA Contract Administration and Audit Division Interim Audit dated June 9, 1953).

18. Attached as Exhibit K is a true and correct copy of the document designated FR-USGS000425 (DMEA correspondence dated October 16, 1953).

**AFFIDAVIT OF JAMES MURPHY IN OPPOSITION TO THE UNITED STATES' MOTION TO ENTER PROPOSED CONSENT DECREE - 4**

Lybeck❖Murphy LLP
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040-6004
206-230-4255   Fax 206-230-7791

19. Attached as Exhibit L is a true and correct copy of the document designated FR-USGS000022-35 (DMEA Contract Administration and Audit Division Audit dated January 19, 1954). This document identifies "Liberty National Insurance Company" as a carrier. FR-USGS000031. "Liberty National Insurance Company" is now known as "Arrowpoint."

20. Attached as Exhibit M is a true and correct copy of the document designated FR-USGS000415 (DMEA correspondence dated January 22, 1954).

21. Attached as Exhibit N is a true and correct copy of the document designated FR-USGS000020 (DMEA Certification of a Discovery dated April 8, 1954).

22. Attached as Exhibit O is a true and correct copy of the document designated FR-USGS000361-62 (correspondence to DMEA dated September 7, 1955).

23. Attached as Exhibit P is a true and correct copy of the document designated FR-USGS000014-19 (DMEA First Royalty Audit dated October 26, 1955).

24. Attached as Exhibit Q is a true and correct copy of the document designated FR-USGS000007-13 (DMEA Second Royalty Audit dated May 15, 1956).

25. Attached as Exhibit R is a true and correct copy of the document designated FR-USGS000216-220 (October 13, 1959 memorandum from the United States' Division of Minerals to the Office of Minerals Exploration).

26. Attached as Exhibit S is a true and correct copy of the document designated FR-USGS000196-98 (March 1960 memorandum from Chief of the United States' Division of Minerals to the Acting Director, Office of Minerals Exploration).

27. Attached as Exhibit T is a true and correct copy of the document designated FR-USGS000181-84 (July 1960 correspondence from the Office of Minerals Exploration).

**AFFIDAVIT OF JAMES MURPHY IN OPPOSITION TO THE UNITED STATES' MOTION TO ENTER PROPOSED CONSENT DECREE - 5**

Lybeck❖Murphy LLP
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040-6004
206-230-4255  Fax 206-230-7791

28. Attached as Exhibit U is a true and correct copy of the documents designated FR-USGS000002-6 (Report of Royalty Review dated September 21, 1961 and October 1, 1961 Check Sheet of Examining Engineer).

29. Attached as Exhibit V are true and correct copies of excerpts from the transcript of the November 22, 2001 perpetuation deposition of Donald Peters.

30. Attached as Exhibit W is a true and correct copy of the United States' Responses to Defendant's Interrogatories and Requests for Production of Documents.

31. Attached as Exhibit X is a true and correct copy of the United States' Response to Defendant's Second Set of Interrogatories and Requests for Production received May 17, 2012.

32. Attached as Exhibit Y is a true and correct copy of Federal Resources Corporation's First Interrogatories and Requests for Production to The Coeur d'Alenes Company. These discovery requests seek information and documents covering among other things the liability and assets of The Coeur d'Alenes Company. The discovery requests seek information which relates directly to the insufficiency and impropriety of the consent decree. The Coeur d'Alenes Company has to date failed to comply with its discovery obligations and has sought to "stay" them pending this court's consideration of the proposed consent decree. See Companion Case, Dkt. 101-103; Dkt. 108. Following this court's order of October 12, 2012 (permitting Federal Resources' intervention in this case), Federal Resources attempted without success to confer with the Coeur d'Alenes Company to obtain responses to the overdue discovery requests. Federal Resources is preparing and will file in the Companion Case before Judge Winmill a motion to compel complete answers to this discovery. Federal Resources will

**AFFIDAVIT OF JAMES MURPHY IN OPPOSITION TO THE UNITED STATES' MOTION TO ENTER PROPOSED CONSENT DECREE - 6**

Lybeck✦Murphy LLP
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040-6004
206-230-4255   Fax 206-230-7791

1   also note depositions as appropriate to examine facts relevant to this motion and its pending
2   claims for contribution.
3       33.     Attached as Exhibit Z is a true and correct copy of the United States' Responses
4   to Federal Resources Corporation's First Requests for Admissions.
5       34.     Attached as Exhibit AA is a true and correct copy of a report by Thor H.
6   Kiilsgaard for the United States Department of The Interior, U.S. Geological Survey referencing
7   the USGS records repository.
8       35.     Attached as Exhibit BB are true and correct copies of documents numbered
9   NMC 005220-5221, MNC 005181, NMC 005310, and NMC 005182 produced by Newmont
10  Mining Corporation to Federal Resources Corporation in the Companion Case.
11      36.     Attached as Exhibit CC is a true and correct copy of the results of a search for
12  Herbert Sanderson obtained from the Idaho State Bar on-line roster, printed on October 12,
13  2012 at http://isb.idaho.gov/licensing/attorney_roster_ind.cfm?IDANumber=473.
14      37.     Attached as Exhibit DD are true and correct copies of documents numbered
15  NMC 005475-5477 produced by Newmont Mining Corporation to Federal Resources
16  Corporation in the Companion Case.
17      38. After the government filed its motion, Federal Resources advised The Coeur
18  d'Alenes Company of evidence that its predecessors in interest paid liability insurance
19  premiums (contained in the USGS documents referenced above).  Federal Resources advised
20  the Coeur d'Alenes Company of the need for it to tender defense and seek insurance coverage
21  from various insurance companies for the claims asserted against it.  Federal Resources sent
22  numerous letters, identified carriers, and even drafted "tender" letters for The Coeur d'Alenes
23  Company's counsel to send on their firm letterhead.  Despite this, The Coeur d'Alenes

**AFFIDAVIT OF JAMES MURPHY IN OPPOSITION TO THE UNITED STATES' MOTION TO ENTER PROPOSED CONSENT DECREE - 7**

Lybeck❖Murphy LLP
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040-6004
206-230-4255   Fax 206-230-7791

1  Company has to date not confirmed any attempts to tender defense, notify insurance companies
2  or otherwise pursue insurance coverage.  This failure to identify and secure a significant asset
3  renders the "inability to pay" consent decree unfair and unreasonable.  The following copies of
4  correspondence document Federal Resources' efforts in this regard.
5
6  　　　　39.  Attached as Exhibit EE is a true and correct copy of correspondence of June 21,
7  2012 from counsel for Federal Resources Corporation, James Murphy to counsel for The Coeur
8  d'Alenes Company, Kevin Beaton.
9  　　　　40.  Attached as Exhibit FF is a true and correct copy of correspondence of June 25,
10  2012 from counsel for The Coeur d'Alenes Company, Kevin Beaton to counsel for Federal
11  Resources Corporation, James Murphy.
12
13  　　　　41.  Attached as Exhibit GG is a true and correct copy of correspondence of August
14  3, 2012 from counsel for Federal Resources Corporation, Stanley Tharp, to counsel for The
15  Coeur d'Alenes Company, Kevin Beaton.
16  　　　　42.  Attached as Exhibit HH is a true and correct copy of correspondence of August
17  21, 2012 from counsel for Federal Resources Corporation, James Murphy, to counsel for  The
18  Coeur d'Alenes Company, Kevin Beaton.
19
20  　　　　43.  Attached as Exhibit II is a true and correct copy of correspondence of August 22,
21  2012 from counsel for The Coeur d'Alenes Company, Kevin Beaton to counsel for Federal
22  Resources, James Murphy.
23  　　　　44.  Attached as Exhibit JJ is a true and correct copy of correspondence of August
24  24, 2012 from counsel for Federal Resources, James Murphy, to counsel for The Coeur
25  d'Alenes Company, Kevin Beaton.
26

**AFFIDAVIT OF JAMES MURPHY IN OPPOSITION TO THE UNITED STATES' MOTION TO ENTER PROPOSED CONSENT DECREE - 8**

Lybeck❖Murphy LLP
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA  98040-6004
206-230-4255   Fax 206-230-7791

45. Attached as Exhibit KK is a true and correct copy of correspondence of August 30, 2012 from counsel for The Coeur d'Alenes Company, Kevin Beaton to counsel for Federal Resources, James Murphy.

DATED this 25th day of October, 2012.

By: _____
James P. Murphy WSBA #18125

STATE OF WASHINGTON )
) ss.
COUNTY OF KING )

On this day personally appeared before me James Murphy, to me known to be the individual described in the above Affidavit and who executed the foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this 25 day of October, 2012.

_____
Notary Public in and for the State of Washington, residing at Mercer Island
Print Name: Andrew Salter
My commission expires: 2.27.14

AFFIDAVIT OF JAMES MURPHY IN OPPOSITION TO THE UNITED STATES' MOTION TO ENTER PROPOSED CONSENT DECREE - 9

Lybeck ❖ Murphy LLP
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040-6004
206-230-4255  Fax 206-230-7791



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

## CERTIFICATE OF SERVICE

I hereby certify and declare that on the 25th day of October, 2012, I electronically filed the foregoing **AFFIDAVIT OF JAMES MURPHY IN OPPOSITION TO THE UNITED STATES' MOTION TO ENTER PROPOSED CONSENT DECREE** with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| Ms. Deborah A. Ferguson<br>Assistant U.S. Attorney<br>District of Idaho<br>Washington Group Plaza IV<br>800 Park Boulevard, Suite 600<br>Boise, ID 83712-9903<br>Debora.Ferguson@usdoj.gov | [ ] U.S. Mail<br>[ ] Hand Delivery<br>[X] ECF<br>[ ] Fax (208) 334-1414 |
| Mr. Paul Gormley<br>Environmental Enforcement Section<br>Environment and Natural Resources<br>United States Department of Justice<br>999 18th Street, South Terrace, Suite 370<br>Denver, CO 80207<br>Paul.Gormley@usdoj.gov | [ ] U.S. Mail<br>[ ] Hand Delivery<br>[X] ECF<br>[ ] Fax (303)844-1350 |
| Mr. Kevin J. Beaton<br>Stoel Rives LLP<br>101 S. Capitol Boulevard, Suite 1900<br>Boise, ID 83702-7705<br>Kjbeaton@stoel.com | [ ] U.S. Mail<br>[ ] Hand Delivery<br>[X] ECF<br>[ ] Fax (208) 389-9040 |

All parties are registered as CM/ECF participants for electronic notification.

DATED at Mercer Island, Washington, this 25th day of October, 2012

/s/ Katherine L. Felton
By: _____
Katherine L. Felton WSBA #30382
*admitted pro hac vice*
Attorneys for Federal Resources Corporation
Lybeck Murphy, LLP
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040
T/(206) 230-4255  F/(206) 230-7791

AFFIDAVIT OF JAMES MURPHY IN OPPOSITION TO THE UNITED STATES' MOTION TO ENTER PROPOSED CONSENT DECREE - 10

Lybeck❖Murphy LLP
Fifth Floor – Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040-6004
206-230-4255  Fax 206-230-7791